IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIM CAMPBELL, et al.

      Plaintiffs,

v.                                              CV No. 17-1215 MV/CG

MONIQUE JACOBSON, et al.,

      Defendants.

## ORDER GRANTING UNOPPOSED
## MOTION TO EXTEND PRETRIAL DEADLINES

**THIS MATTER** is before the Court on *Plaintiffs' Request for Extension of Discovery Deadline and Dispositive Motion Deadline*, (Doc. 38), filed August 6, 2018. Plaintiffs ask for an extension of the parties' discovery and dispositive motions deadlines by ninety days due to delays in receiving Defendants' responses to Plaintiffs' discovery requests. *Id.* at 2-3. The Court, having considered the motion and noting it is unopposed, finds that the motion is well taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Plaintiffs' Request for Extension of Discovery Deadline and Dispositive Motion Deadline*, (Doc. 38), the parties' deadlines are extended as follows:

1. The termination date for discovery is **November 21, 2018**.
2. Motions relating to discovery shall be filed by **December 10, 2018.**
3. Pretrial motions, other than those relating to discovery, shall be filed by **December 20, 2018.**

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiffs to Defendants on or before **February 5, 2019**; Defendants to the Court on or before **February 19, 2019**.

***No further extensions will be granted.***

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE