# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JIM CAMPBELL, et al.

    Plaintiffs,

v.                                                           CV No. 17-1215 PJK/CG

MONIQUE JACOBSON, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Wednesday, March 13, 2019, at 2:30 p.m.**

Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

                                                 THE HONORABLE CARMEN E. GARZA
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE